UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Charles Wiskirchen,

        Plaintiff,

vs.                              ORDER ADOPTING THE
                                    REPORT AND RECOMMENDATION

Dr. Resto, et al.,

        Defendants.            Civ. No. 15-3215 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal, [Docket No. 46], is **GRANTED**.

2. Defendants' Motion to Dismiss, [Docket No. 28], is **GRANTED in part** and **DENIED in part**.

3. Plaintiff's Amended Complaint, [Docket No. 20], is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                                s/Ann D. Montgomery
                                                Ann D. Montgomery, Judge
DATED: February 16, 2017           United States District Court